1  BARRY E. HINKLE, Bar No. 071223
2  PATRICIA A. DAVIS, Bar No. 179074
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
5  Telephone (510) 337-1001
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES RAY BECK, individually and doing business as J R B GRADING & PAVING; and J R B GRADING & PAVING, <br><br> Defendant. | Case No.   10-cv-05540 TEH <br><br> **EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |

/ / /

**TO:  JAMES RAY BECK, individually and doing business as J R B GRADING &**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order
Case No.         10-cv-05540 TEH

**PAVING; and J R B GRADING & PAVING:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference scheduled for June 6, 2011 at 1:30 p.m. be continued for sixty (60) days.

The complaint in this matter was filed on December 7, 2010.  Defendants were served with process in this matter on December 17, 2010.  Defendants filed an Answer in this case on February 1, 2011.  Plaintiffs served discovery on Defendants.  Defendants have responded to Plaintiff's document requests.  On May 20, 2011, Plaintiffs filed a Motion to consolidate the present action with three other cases and to modify the scheduling order in the following three cases: *Cement Masons Trust Funds v. James Ray Beck, et al.,* U.S. District Court Case No. 10-CV-05539 SI, *Cement Masons Trust Funds v. Paul T. Beck Contractors, Inc.,* U.S. District Court Case No: 10-CV-01492 EDL, and *Laborers Trust Funds v. Paul T. Beck Contractors, Inc.*, U.S. District Court Case No: 10-CV-01493 EDL.  Thereafter, on May 27, 2011, the parties filed a Stipulation to consolidate all of these cases and modify the scheduling orders.  The earliest filed case in this matter is currently before Magistrate Judge La Porte (*Cement Masons Trust Funds v. Paul T. Beck Contractors, Inc.,* U.S. District Court Case No: 10-CV-01492 EDL).  Judge LaPorte's chambers have informed Plaintiffs that an Order is imminent on the Stipulations filed by the parties.

Plaintiffs expect that the Court will consolidate these cases and that a new scheduling order will be issued by Judge LaPorte.  Given these facts, Plaintiffs request that the Case Management Conference set for June 6, 2011 be continued for sixty (60) days.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The above stated facts are set forth in the accompanying Declaration of Concepción E.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 2 -

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order
Case No.         10-cv-05540 TEH

Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: June 2, 2011

            WEINBERG, ROGER & ROSENFELD
            A Professional Corporation

            By:   /s/ *Concepción E. Lozano-Batista*
            CONCEPCIÓN E. LOZANO-BATISTA
            Attorneys for Plaintiffs

122300/619023

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference for sixty (60) days. ~~In addition, the Court orders~~:

Dated: 06/02/2011

            _____
            HONORABLE THELTON E. HENDERSON
            United States District Judge

- 3 -

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order
Case No.   10-cv-05540 TEH

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001